# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Nos. 1D17-5402
1D17-5403

_____

SARAH HAYNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

October 24, 2018

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark V. Murray and Kevin Robert Alvarez, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Kaitlin Weiss and Tabitha Herrera, Assistant Attorneys General, Tallahassee, for Appellee.